UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN BUSHANSKY,

      Plaintiff,

Case No. 17-cv-10508

v.

HON. MARK A. GOLDSMITH

METALDYNE PERFORMANCE
GROUP, INC., et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

In light of Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) filed on April 17, 2017 (Dkt. 3), the Court dismisses this case with prejudice as to Plaintiff only and without prejudice as to all other members of the putative class. This case is closed and subject to reopening within 60 days if the parties are unable to reach an agreement regarding the amount of any attorneys' fees and expenses to be paid to Plaintiff's counsel.

      SO ORDERED.

Dated: April 21, 2017                              s/Mark A. Goldsmith
   Detroit, Michigan                         MARK A. GOLDSMITH
                                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2017.

                                                s/Karri Sandusky
                                                Case Manager